UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 18-80349-CIV- REINHART

OH BOY SPORTS, LLC,

        Plaintiff,

v.

EIGHT BIT STUDIOS, LLC,

        Defendant.
_____/

**ORDER SETTING**
**DISCOVERY STATUS CONFERENCE**

**THIS CAUSE** comes before this Court upon an Order of Reference from the District Court. It is hereby **ORDERED AND ADJUDGED** as follows:

Counsel shall appear before this Court on **January 7, 2019 at 2:00 p.m.** at the United States Courthouse, 701 Clematis Street, West Palm Beach, Florida, 33401, for a final discovery status conference before Magistrate Judge Bruce Reinhart.

**ONE WEEK IN ADVANCE** of this conference, counsel shall file a **joint discovery status report** which addresses the following:

    a.) what discovery has been propounded by each party;

    b.) whether the discovery requests have been answered;

    c.) the status of depositions, including:

        1. the number of depositions already taken;

        2. the number of remaining depositions and whether they have been scheduled; and

      3. an explanation of any delay in scheduling the remaining depositions;

d.) whether there are any outstanding discovery disputes; and

e.) the status of expert disclosures.

**DONE and ORDERED** in Chambers on October 4, 2018, at West Palm Beach in the Southern District of Florida.

 

_____
BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE